USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANKAJ KUMUDCHANDRA PHDNIS,

                Plaintiff,

-against-

TATA AMERICA INTERNATIONAL
CORPORATION,

                Defendant.

**ORDER**

20-CV-6657 (VEC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    Plaintiff's request to accelerate the date of the Initial Case Management Conference is denied.  Plaintiff also emailed this Court information purporting to pertain to settlement.  No settlement conference has been scheduled and no submissions were required.  Plaintiff is advised that all future submissions must be filed through the Court's pro se office.  Submissions to this Court's Chambers email address are not permitted except as ordered in advance of a scheduled settlement conference.  Any submissions provided to the court by email will not be considered, unless the court in advance directs parties to email submissions.

    Plaintiff is encouraged to contact the pro se litigation clinic, NY Legal Assistance Group with questions about procedures.  See https://www.nylag.org/pro-se-clinic/

Dated: New York, New York
       October 26, 2020

                              **SO ORDERED.**

                              */s/ Katharine H. Parker*
                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge