```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANKAJ KUMUDCHANDRA PHDNIS,

                          Plaintiff,

-against-

TATA AMERICA INTERNATIONAL CORPORATION,

                          Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

20-CV-6657 (VEC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

A telephonic Case Management conference in this matter is hereby scheduled for **Monday, March 8, 2021 at 10:00 a.m.** The parties are directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

**Discovery is hereby stayed through March 8, 2021.**

Dated: New York, New York
         December 9, 2020

                                    SO ORDERED.

                                    *Katharine H Parker*
                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge