UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 2/24/2021
```

PANKAJ KUMUDCHANDRA PHADNIS,

Plaintiff,

-against-

TATA AMERICA INTERNATIONAL
CORPORATION,

Defendant.

**ORDER**

**20-CV-6657 (VEC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff has submitted a motion to amend his complaint (ECF No. 6) and a proposed amended pleading at ECF No. 36.  By **March 12, 2021**, Defendant shall submit a response to the motion to amend and proposed amended pleading.  Plaintiff shall have until **March 17, 2021** to submit a reply.

**SO ORDERED.**

Dated: New York, New York
       February 24, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge